474 A.2d 661

Commonwealth v. Wharton, Appellant.

Submitted October 21, 1983. Methuselah Z.I. Bradley, IV, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.

SPAETH, President Judge, concurred in the result.